# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161506(57)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CITY OF BAD AXE, CITY OF BAD AXE
DEPARTMENT OF PUBLIC WORKS, and
CITY OF BAD AXE WASTEWATER
TREATMENT FACILITY,
          Plaintiffs-Appellees,

v

SC: 161506
COA: 345810
Huron CC: 16-105392-CK

PAMAR ENTERPRISES, INC., and SECURA
SUPREME INSURANCE COMPANY,
          Defendants-Appellants.
_____/

        On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer submitted on August 17, 2020, is accepted as timely filed.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2020

                                        Clerk